# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 8, 2006

128864(50)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PATRICIA A. PAPPAS, Personal
Representative of the Estate of
Florinda C. Pappas, Deceased,
       Plaintiff-Appellee,

v

        SC: 128864
        COA: 251144
        Macomb CC: 2003-002446-NH

BORTZ HEALTH CARE FACILITIES,
INC., and WARREN GERIATRIC
VILLAGE, INC., d/b/a BORTZ HEALTH
CARE OF WARREN,
       Defendants-Appellants.

_____/

On order of the Court, the motion for reconsideration of this Court's May 12, 2006 order is considered, and it is GRANTED. We VACATE our order dated May 12, 2006. On reconsideration, the application for leave to appeal the March 3, 2005 judgment of the Court of Appeals is considered and, it appearing to this Court that the case of *Vega v Lakeland Hospitals* (Docket No. 129436) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 8, 2006

_____
Clerk

p1205